# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2408
_____

ANTHONY D. KELLEM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Waddell Wallace, Judge.

January 30, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lynn W. Martin of Law Offices of Lynn W. Martin, Ponte Vedra Beach, for Appellant.

Ashley B. Moody, Attorney General, Amanda D. Stokes and Jennifer J. Moore, Assistant Attorneys General, Tallahassee, for Appellee.